PD-0323&0324&0325-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/23/2016 5:33:34 PM
Accepted 9/26/2016 9:10:13 AM
ABEL ACOSTA
CLERK

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

September 26, 2016

ABEL ACOSTA, CLERK

**ANTHONY ROBERT SAFIAN** §
               Petitioner, §

VS. §    **NO. PD-0324-16**

§

**THE STATE OF TEXAS** §
               Respondent. §

## PETITIONER'S MOTION TO EXTEND TIME FOR FILING OF BRIEF ON PETITION FOR DISCRETIONARY REVIEW

This motion is brought by ANTHONY ROBERT SAFIAN, Petitioner, who pursuant to rules 38.6 and 68.2( c) of the Texas Rules of Appellate Procedure requests that this Court grant an extension of time for filing of Petitioner's Brief on Petition for Discretionary Review and in support would show the following:

I.

Petitioner's brief is due on September 23, 2016. The time for extension requested is thirty (30) days.

II.

Because of an unusually heavy caseload consisting of both jury trials as well as other appellate obligations, counsel for Appellant has been unable to complete said brief; as a result of trial preparation and actual trial, counsel for Appellant has been unable to devote a sufficient amount of time to the preparation of said brief.

As a result of the aforementioned activities counsel for Appellant, reasonably believes that the brief will be filed with this Court within thirty (30) days of the September 23, 2016, date.

III.

No previous "Motion to Extend Time for Filing Petitioner's Brief on Petitioner for Discretionary Review" has been granted.

IV.

The Appellant is incarcerated.

WHEREFORE, PREMISES CONSIDERED, Appellant,ANTHONY ROBERT SAFIAN, prays this Court will grant an extension of thirty (30) days for Appellant to file said brief.

Respectfully submitted,

/s/ Daniel Collins
Daniel Collins
TBN: 24071079
Daniel Collins Law
3663 Airport Freeway
Fort Worth, Texas 76111
Phone: (682) 444-1004
Fax: (817) 886-2215
E-mail: Daniel@DanielCollinslaw.com
Attorney for Petitioner
Anthony Robert Safian

## CERTIFICATE OF CONFERENCE

I do hereby certify that a conference was held on September 23, 2016, with the Tarrant County District Attorney's office, and that office stated that it is not opposed to the granting of the relief requested in this motion.

/s/ Daniel Collins
Daniel Collins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been furnished to counsel for the Appellees listed below pursuant to Rule 9.5(b)(1) of the Texas Rules of Appellate Procedure through the electronic filing manager, as opposing counsel's email address is on file with the electronic filing manager, on this 23rd day of September , 2015.

/s/ Daniel Collins
Daniel Collins

Debra Windsor
Tarrant Co. District Atty's Office
401 West Belknap
Fort Worth, Texas 76196